Order issued December 6, 2012

005197



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01270-CV

**STEPHANIE ANN NOVICK, Appellant**

**V.**

**ANDREW A. SHERVIN, Appellee**

## ORDER

We **GRANT** appellant's December 3, 2012 motion for leave to file an amended brief. We

**ORDER** the amended brief tendered to this Court by appellant on December 3, 2012 filed as of the

date of this order.

DOUGLAS S. LANG
JUSTICE